AUSA: William Orr Telephone: (989) 895-5712

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Cameron Rubio, ATF Telephone: (989) 439-4763

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Deshawn MATHIS

Case No. 1:26-mj-30093
Judge: Morris, Patricia T.
Filed: 02-19-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 11, 2026 in the county of Saginaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Crack Cocaine |
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

TFO Cameron Rubio, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 19, 2026

[signature]
*Judge's signature*

City and state: Bay City, Michigan

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Cameron Rubio, Task Force Officer with ATF, being first duly sworn, hereby depose and state as follows:

**EXECUTIVE SUMMARY**

**1.** The Bureau of Alcohol, Tobacco, Firearms, and Explosives is conducting an investigation into the arrest of Deshawn MATHIS (XX/XX/XX83). MATHIS, a previously convicted felon, was found to be in possession of three firearms that were accessible to him in the residence. Additionally, within the residence law enforcement located approximately 73 grams of crack cocaine packaged individually in 25 plastic baggies. Furthermore, law enforcement located additional magazines and ammunition along with other forms of drug paraphernalia consistent with the distribution of narcotics, and $270.00 dollars in US currency. Based on the information in this affidavit there is probable cause to believe that on February 11, 2026, MATHIS was in violation of 18 U.S.C. 922(g)(1) – felon in possession of a firearm and 21 U.S.C. 841(a)(1) – Possession with Intent to Distribute Crack Cocaine.

**INTRODUCTION AND BACKGROUND**

2. I am a Task Force Officer (TFO) working for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Justice Department, and have been so since May 12, 2025. I am currently employed by the Michigan State Police

(MSP) as a Detective Trooper Specialist and have been a certified Law Enforcement Officer since June of 2020. During my time as Trooper with the Michigan State Police I have completed numerous trainings such as Street Gang Investigations provided by the Northeast Counterdrug Training Center (NCTC), Social Networking provided by NCTC, RAID Entry Training, Ballistic Shield Training, and several other trainings related to criminal investigation and enforcement activities. I have personally investigated and assisted in numerous cases, which led to search warrants, arrests, prosecution, and seizure of large quantities of narcotics and firearms. During my time as a TFO with the ATF I have participated in investigations related to the possession and manufacture of firearms and narcotics in violation of federal law.

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with detectives from the Bay Area Narcotics Enforcement Team (BAYANET), and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

4. I am currently investigating Deshawn MATHIS date of birth XX/XX/XX83, for violation of Title 18 U.S.C. §922(g)(1) – Possession of a firearm by a felon and violation of Title 21 U.S.C. 841(a)(1) – Possession with Intent to Distribute Crack Cocaine.

**PROBABLE CAUSE**

5. On February 11, 2026, Agents with the Bureau of Alcohol, Tobacco, and Firearms assisted BAYANET detectives with a state search warrant at 1339 Dillon Street, Saginaw, Michigan 48601, located in the Eastern District of Michigan. Michigan State Police executed the warrant and located Deshawn MATHIS (DOB XX/XX/XX83) inside the residence. The residence was secured without incident and no other persons were located.

6. During a search of the residence, law enforcement located three firearms described as follows: a F.N., model 509, 9mm caliber, bearing serial number GKS0299219; a Palmetto State Armory, model 5.7 Rock, 5.7mm caliber, bearing serial number RK008111; and a Smith & Wesson, model M&P15, .223 caliber, bearing serial number UB14715. All three firearms were located under the bed in the MATHIS's room. Law enforcement found all three firearms in the same room where they found Mathis and were accessible by MATHIS, who is a prohibited person. I talked to ATF Nexus Expert Special Agent Kyle Sutton and she confirmed all three firearms were manufactured outside the state of Michigan.

7. Additionally, law enforcement located narcotics within the residence. Law enforcement found approximately 73 grams of crack cocaine located in two clear plastic baggies. Within the plastic baggies, the crack cocaine was separated into 25 individually tied plastic corner baggies. Based on my training and experience, I know drug traffickers often keep their narcotics packaged this way so it is ready for individual sale to customers; therefore, I believe the packaging of this crack cocaine was consistent with the distribution of narcotics. The substance was field tested and identified to be cocaine base (crack cocaine). Additionally, law enforcement located paraphernalia consistent with the manufacturing and distribution of crack cocaine and $270.00 dollars in US currency.

8. MATHIS is a previously convicted felon with the following convictions:

a. 2001: Felony Police Officer – fleeing third degree – pled guilty

b. 2006 (The below 2006 convictions are from the same incident):

   i. Felony Assault with Dangerous Weapon – Nolo Contendere

   ii. Felony Weapons Felony Firearm X4 – Nolo Contendere

   iii. Felony Assault with Intent to Murder – Nolo Contendere

   iv. Felony Weapons Firearms – Discharge in or at a Building – Nolo Contendere

   v. Felony Homicide – Murder – Second Degree – Nolo contendere

9. Based on the foregoing, I have probable cause to believe that on February 11, 2026, in the Eastern District of Michigan, Deshawn MATHIS, a previously convicted felon was in violation of 18 U.S.C. 922(g)(1) – felon in possession of a firearm and 21 U.S.C. 841(a)(1) – Possession with Intent to Distribute Crack Cocaine.

Respectfully submitted,

______________________________
Cameron Rubio, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means.

______________________________________
PATRICIA MORRIS
UNITED STATES MAGISTRATE JUDGE